DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JEFFERY DOBY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0549

————————————————

October 1, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Jeffery Doby, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and SLEET, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.